984

No. 910. ARCHAWSKI ET AL. *v.* HANIOTI. C. A. 2d Cir. Certiorari denied. *Harry D. Graham* for petitioners. 

No. 929. 222 EAST CHESTNUT STREET CORP. *v.* BOARD OF APPEALS OF THE CITY OF CHICAGO ET AL. Supreme Court of Illinois. Certiorari denied. *Joseph F. Elward* and *Edward S. Macie* for petitioner. *John C. Melaniphy* and *Sydney R. Drebin* for the City of Chicago et al., *Alban Weber* for Northwestern University et al., *Howard B. Bryant* and *John S. Miller* for the Lakefront Realty Corporation et al., and *Howard Ellis* for the Greater North Michigan Avenue Association, respondents. ██

No. 943. DAVIS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Carl J. Batter* and *Milton E. Canter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Marvin W. Weinstein* for respondent.

No. 946. INGRAM ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 842. ALLIED STEVEDORING CORP. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Norman S. Beier* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.